UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                 **CASE NO. 4:10cr00065-5 BSM**

**RECHO BERRY**                                                       **DEFENDANT**

## ORDER

The United States moves to dismiss without prejudice the case against defendant Recho Berry. [Doc. No. 449]. For good cause shown, the motion is granted and the case against defendant Recho Berry is dismissed without prejudice.

IT IS SO ORDERED this 10th day of May, 2011.

                                                                         _____
                                                                          UNITED STATES DISTRICT JUDGE